IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02511-MSK-KLM

MIGUEL DURAN and
DELLA LOUISE DURAN,

    Plaintiff(s),

v.

BAKER PETROLITE CORPORATION, a Delaware corporation and wholly owned subsidiary of BAKER HUGHES INCORPORATED, a Delaware corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to Joint Motion for Resetting of Settlement Conference [Docket No. 29, Filed August 27, 2007]; Stipulated Motion to Amend Scheduling Order [Docket No. 25, Filed July 31, 2007]; and Second Stipulated Motion to Amend Scheduling Order [Docket No. 32, Filed September 7, 2007].

    IT IS HEREBY **ORDERED** that the Stipulated Motion to Amend Scheduling Order [Docket No. 25] and the Second Stipulated Motion to Amend Scheduling Order [Docket No. 32] are **GRANTED**.  The Scheduling Order [Docket No. 20] is amended to change the deadlines indicated as follows:

| | |
|---|---|
| • Plaintiffs' Expert Designations and Reports | November 1, 2007 |
| • Defendants' Expert Designations and Reports | December 3, 2007 |
| • Rebuttal Expert Designations and Reports | January 2, 2008 |
| • Discovery Deadline | January 25, 2008 |
| • Dispositive Motions Deadline | February 22, 2008 |

    IT IS FURTHER HEREBY **ORDERED** that the Joint Motion for Resetting of Settlement Conference [Docket No. 29] is **GRANTED**.  The settlement conference set for September 19, 2007 at 1:30 p.m.  is **vacated,** and  **RESET** to **November 16, 2007 at 3:30**

**p.m.**, Courtroom **A-501,** Fifth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.  If this date is not convenient for any counsel/pro se party, he/she shall **file a motion** to reschedule the conference to a more convenient date, and shall  list dates in the motion which are available for all counsel/pro se parties.

Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov.    on or before **November 9, 2007.** Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Alfred A. Arraj U.S. Courthouse.   The envelopes shall be marked "Private per Magistrate Judge Mix' Orders".

Anyone seeking entry into the Alfred A. Arraj United States Courthouse must show valid photo identification.  See D.C.COLO.LCivR 83.2B.

Dated:  September 12, 2007