IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02511-MSK-KLM

MIGUEL DURAN and
DELLA LOUISE DURAN,

    Plaintiff(s),

v.

BAKER PETROLITE CORPORATION, a Delaware corporation and wholly owned subsidiary of BAKER HUGHES INCORPORATED, a Delaware corporation,

    Defendant(s).

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter comes before the Court on the Parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 38; filed October 11, 2007] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED.**

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filling and is entered as an Order of this Court as of the date of this Minute Order.

Dated: October 12, 2007