IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02511-MSK-KLM

MIGUEL DURAN and
DELLA LOUISE DURAN,

      Plaintiff(s),

v.

BAKER PETROLITE CORPORATION, a Delaware corporation and wholly owned subsidiary of BAKER HUGHES INCORPORATED, a Delaware corporation,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court pursuant to the Third Stipulated Motion to Amend Scheduling Order [Docket No. 42, Filed October 26, 2007] ("the motion").

      IT IS HEREBY **ORDERED** that the motion is **GRANTED**.  The Scheduling Order [Docket No. 20] and subsequent Order of September 13, 2007 [Docket No. 35] are amended to change the deadlines as follows:

- Plaintiffs' Expert Designations and Reports   **December 3, 2007**
- Defendants' Expert Designations and Reports   **January 4, 2008**
- Rebuttal Expert Designations and Reports   **February 1, 2008**
- Discovery Deadline   **February 28, 2008**
- Dispositive Motions Deadline   **March 31, 2008**

Dated:  October 30, 2007