IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02511-MSK-KLM

MIGUEL DURAN and
DELLA LOUISE DURAN,

    Plaintiff(s),

v.

BAKER PETROLITE CORPORATION, a Delaware corporation and wholly owned subsidiary of BAKER HUGHES INCORPORATED, a Delaware corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to a Stipulated Motion to Vacate Settlement Conference [Docket No. 47, Filed November 5, 2007] ("the motion").

    IT IS HEREBY **ORDERED** that the motion is **GRANTED**.  The Settlement Conference scheduled for November 16, 2007 at 3:30 p.m. is **vacated**.

Dated:  November 6, 2007